UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
**FILED**
May 26, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALONZO JACKSON BROWN, ) <br> ) <br> Defendant. ) | Case No. MAG. 11-0145-KJN <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ALONZO JACKSON BROWN, Case No. MAG. 11-0145-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00

    _X_ Co-Signed Unsecured Appearance Bond

    \_\_\_Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    \_\_\_(Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 05-26-11 at 2:20 pm

By _____
Edmund F. Brennan
United States Magistrate Judge